AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:03-cr-05053-AWI   Document 122   Filed 09/28/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America <br> v. <br> ANTHONY LEON JOHNSON, <br><br> Date of Original Judgment: 03/31/2004 <br> Date of Previous Amended Judgment: 12/11/2006 <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 1:03CR05053-001 <br> USM No: 61084-097 <br><br> PRO SE <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 12/14/2006 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 09/28/2015                             /s/ ANTHONY W. ISHII
                                                    *Judge's signature*

Effective Date: _____                           Honorable Anthony W. Ishii, U.S. District Judge
*(if different from order date)*                    *Printed name and title*