# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ANTHONY LEON JOHNSON,<br><br>Defendant | CASE NO. 1:03-CR-5053 AWI<br><br>**ORDER RESETTING HEARING TIME AND SETTING BRIEFING SCHEDULE** |

On January 7, 2019, Defendant filed a pro se motion to reduce sentence pursuant to the First Step Act. See Doc. No. 132.

On January 22, 2019, the Court referred the motion to the Federal Defender's Officer pursuant to Eastern District of California General Order No. 595.

On February 12, 2019, the Federal Defender filed a motion to reduce sentence under the First Step Act. See Doc. No. 134. The Federal Defender set a hearing for February 28, 2019, at 10:00 a.m. See id. As part of the motion, the Federal Defender indicates that an appropriate resentence would be 173 months, which would result in the immediate release of Defendant. See id.

In light of Defendant's motion, the Court will keep the February 28, 2019, hearing date, but will change the time of the hearing. Further, the Court will set a briefing schedule to accommodate the February 28, 2019, hearing date. The Court realizes that the timeframe is short. If the United States needs additional time to respond, then it should first contact the Federal Defender to see if a stipulation may be obtained. If no stipulation can be obtained, the Court will entertain a formal motion for additional time.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Hearing on Defendant's motion to reduce sentence pursuant to the First Step Act is RESET to Thursday, February 28, 2019, at 1:00 p.m. in Courtroom No. 2;
2. The United States shall file a response on or by February 21, 2019; and
3. Defendant may file a reply on or by 1:00 p.m. on February 26, 2019.

IT IS SO ORDERED.

Dated: February 13, 2019

_____
SENIOR DISTRICT JUDGE