AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018, P.L. 115-391

Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

United States of America
v.
ANTHONY LEON JOHNSON

Case No: 1:03-cr-05053-001 AWI

USM No: 61084-097

Date of Original Judgment: 3/29/2004
Date of Previous Amended Judgment: 12/11/2006
*(Use Date of Last Amended Judgment if Any)*

David M. Porter
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  240  months **is reduced to**  173 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  12/14/2006  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 2/19/2019

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Dale A. Drozd, U.S. District Judge
*Printed name and title*